FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Michael.albanese@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DIANNA GECK and JEFFREY GECK, ) | CIVIL NO. 14-00424 JMS BMK |
| ) | |
| Plaintiffs, ) | |
| ) | STIPULATION FOR DISMISSAL |
| vs. ) | WITH PREJUDICE AS TO ALL |
| ) | CLAIMS AND ALL PARTIES AND |
| UNITED STATES OF AMERICA, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND ALL PARTIES AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiffs DIANNA GECK and JEFFREY GECK (hereinafter "Plaintiffs") and Defendant UNITED STATES OF AMERICA (hereinafter "Defendant"), through their respective counsel, that the Complaint filed herein by Plaintiff on September 22, 2014, be hereby dismissed, with prejudice; and all other claims whatsoever field herein, be and they hereby are dismissed, with prejudice.

This Stipulation for Dismissal is based on Fed. R. Civ. P. 41(a)(1) and has been signed by counsel for all parties who have


made an appearance in this action.  Each party agrees to bear their own costs.  There are no remaining parties and/or issues.

DATED: Honolulu, Hawaii, _November 10, 2015_.

_/s/ Jeffrey Juliano_
JEFFRE JULIANO
Attorney for Plaintiffs
DIANNA GECK and JEFFREY GECK

DATED: Honolulu, Hawaii, _November 10, 2015_.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_/s/ Michael F. Albanese_
MICHAEL F. ALBANESE
Attorneys for Defendant
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, November 12, 2015.



    /s/ J. Michael Seabright
    J. Michael Seabright
    Chief United States District Judge

*Dianna Geck, et al v. United States of America,* Civil No. 14-00424 JMS-BMK, *STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES AND ORDER.*